# THE MARKS LAW FIRM, P.C.

November 24, 2021

**Via: ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

RE:   **Graciela Doncouse v. Berlin Doner et al,**
    Docket: 1:21-cv-7981-LGS

Dear Judge Schofield,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for December 2, 2021. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. The Defendants were properly served. Plaintiff respectfully requests additional time to contact Defendants or Plaintiff will consider moving forward with a default motion. Therefore, Plaintiff requests a thirty (30) day adjournment of the initial conference. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Application GRANTED.  The initial pretrial conference scheduled for December 2, 2021, is adjourned to **January 5, 2022**, at **4:20 p.m.**  The parties shall submit the pre-conference materials required in the order at Dkt. No. 6 by **December 29, 2021 at noon**. If Plaintiff is not in communication with Defendants at that time, then Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to thirty days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
     Bradly G. Marks

Dated: November 29, 2021
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com