UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOUSE,
                         Plaintiff

                -against-

BERLIN DONER et al.,
                         Defendants.
------------------------------------------------------------X

21 Civ. 7981 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a show cause hearing for entry of default judgment as to Defendant Berlin Doner is scheduled for February 2, 2022, at 4:20 P.M.;

    WHEREAS, Plaintiff seeks entry of a judgment that may impact the liability of appearing Defendant The Cacaphonous Group LLC.  It is hereby

    **ORDERED** that the show cause hearing scheduled for February 2, 2022, at 4:20 P.M. is **adjourned sine die**.  Plaintiff may request restoration of the hearing to the Court's calendar after the resolution of claims against Defendant The Cacaphonous Group LLC.

Dated: January 28, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE