UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
GRACIELA DONCOUSE,                               :
                        Plaintiff,       :
:        21 Civ. 7981 (LGS)
           -against-                            :
:        <u>ORDER</u>
BERLIN DONER, et al.,                              :
                      Defendants.  :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan and Scheduling Order at Dkt. No. 19 required the parties to file a status letter, as outlined in Individual Rule IV.A.2, by March 5, 2022;

    WHEREAS, no letter was filed.  It is hereby

    **ORDERED** that Plaintiff and Defendant The Cacaphonous Group LLC shall file the letter as soon as possible and no later than **March 10, 2022, at noon**.  The parties are advised that failure to comply with Court-ordered deadlines may result in sanctions.

Dated: March 8, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE